IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NATALIA E. EVANS, *et al.*,       )
                                  )
            Plaintiffs,           )
                                  )
    v.                            )    C.A. No. 26-226-CFC-EGT
                                  )
ERIKA V. CUENCA, *et al.*,        )
                                  )
            Defendants.           )

## ORDER

At Wilmington on this ___14th___ day of May in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Eleanor G.

Tennyson filed on May 13, 2026 (D.I. 15), and Plaintiffs' Objections (D.I. 18);

It is HEREBY ORDERED that:

1.    The Magistrate Judge's Report and Recommendation (D.I. 15) is

      ADOPTED and Plaintiffs' Objections (D.I. 18) are OVERRULED.

2.    Plaintiffs' motion for a temporary restraining order and preliminary

      injunction (D.I. 13) is DENIED.

_____
                Chief Judge